IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| vs. | * CRIMINAL NO. 22-00084-TFM |
| MICHAEL EUGENE CARSON, JR. | * |
| Defendant. | * |

ORDER

This matter came before the undersigned for a pretrial conference on November 8, 2022. Participating in the conference were Assistant United States Attorney Michael Anderson and Samuel Joshua Briskman, counsel for Defendant Carson. On November 8, 2022, counsel for Defendant filed a motion to continue the trial of this matter from its current December 2022 trial setting. (Doc. 22) As grounds for the motion counsel notes, in sum, that additional time is required to allow him to review discovery with his client and to fully prepare for trial or other resolution of this matter. AUSA Anderson advised that the United States had no objection to the requested continuance.

Based on the foregoing, the undersigned finds that the ends of justice served by continuing this action to the next criminal term outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C.A. § 3161(h)(7)(A). Specifically, the continuance is warranted to enable counsel for Defendant Carson to meet with his client and to adequately prepare this case for trial or other resolution. 18 U.S.C.A. §3161(h)(7)(A).

Under these circumstances, and upon consideration, the unopposed motion to continue (doc. 22) is **granted** and this case is hereby CONTINUED to the **January 2023** criminal term.  For purposes of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).  The continuance is contingent on Defendant, along with his counsel, filing a Waiver of Speedy Trial by November 18, 2022.

The Clerk is directed to refer this matter to Magistrate Judge Sonja Bivins to set a pretrial conference in December 2022.

ORDERED this the 14th day of  November 2022.

/s/ Katherine P. Nelson
**UNITED STATES MAGISTRATE JUDGE**