IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIM. ACT. NO. 1:22-cr-84-TFM-B |
| | ) | |
| MICHAEL EUGENE CARSON, JR. | ) | |

**ACCEPTANCE OF GUILTY PLEA**
**AND ADJUDICATION OF GUILT**

On December 22, 2022, Defendant Michael Eugene Carson, Jr., by consent, appeared before the Magistrate Judge and entered a plea of guilty to Count One of the Superseding Indictment (Doc. 3) charging Possession of a Firearm by a Prohibited Person (felon) in violation of Title 18, United States Code, Section 922(g)(1).  *See* Docs. 35, 37.  The Magistrate Judge entered a Report and Recommendation wherein she recommends the plea of guilty be accepted.  *See* Doc. 38.  No objections were filed and the time frame has passed.

Accordingly, the Report and Recommendation (Doc. 38) is adopted as the opinion of the Court.  The plea of guilty of the Defendant to Count One of the Superseding Indictment is accepted, and the Defendant is adjudged guilty of the offense. The Defendant will remain in custody pending sentencing.

A sentencing hearing was previously scheduled for **March 23, 2023 at 11:00 a.m.**, under separate order.  *See* Doc. 37.

**DONE** and **ORDERED** this 19th day of January, 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE